Date: November 19, 2024

TO: United States Federal Judge Theodore Chuang

My name is Bryant Davis AKA Bryant Davidson and I am contacting you about the case of Davis V Dean et al. case no-TDC-24-2609 and your "October 16, 2024 order" for JCI Finance Department to deduct filing fee from my account, which I requested be done, was just given to me on "November 19, 2024" at my new prison I am at "Western Correctional Institution at 13800 McMullen Highway S.W. Cumberland, Maryland 21502." The former prison maliciously "held" the order for a month before sending it to me in WCI. I am requesting a new order be written for WCI Finance Department to deduct the filing fee from my Inmate Account.

I thank you in advance for your assistance in this matter

Respectfully
Bryant Davis