FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC - 9 2024

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Clerk OF Court
TO: Judge Theodore Chuang
From: Bryant Davis
Date: 12-1-24
ReGArding: Bryant Davis V Warden Robert Dean
Case no 1:24-cv-02609-TDC
Sir on November 20, 2024 the $402 dollar
filing fee was sent to the court about the case
from out of my account by WCI prison
Finance Department.

Bryant Davis