1/12/25

Case no TDC-24-2609

To Judge Theodre Chuang,

Sir my name is Bryant Davis and I am requesting this court please review the case history as the $405 filing fee was already taken from my account to pay for filing fees for over a month now. I am also requesting the appointment for counsel to be put on this pending lawsuit and the granting of a Petition For Preliminary Injunction against the defendants because these prison officials are actively preventing me from using the phone to be able to hire a lawyer. I thank you in advance for your help in this matter Sir.

Respectfully,
Bryant Davis